UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Security Bank & Trust Company, Personal Representative of the Estate of Kurt A. Amplatz, | Civil File No.: 21-cv-02572-PJS-JFD |
| *Plaintiff*, | |
| vs. | **ORDER** |
| Cook Group Incorporated, Cook Medical Holdings LLC, Cook Medical Technologies, Inc., Cook Incorporated and Cook Medical LLC, | |
| *Defendants*. | |

Pursuant to the Amended Stipulation and Agreement Motion to Extend the Deadline for the Close of Expert Discovery for the Limited Purpose of Allowing a Sur-Rebuttal Report and Related Deposition, (Dkt. No. 258), **IT IS HEREBY ORDERED:**

1. Defendants shall be allowed to file a Sur-Rebuttal Report on or before July 31, 2023, which shall be limited in scope to the opinions contained in the rebuttal report of Jon C. Davidson, M.D. submitted by Plaintiff.

2. Defendants shall identify the individual who will be providing the Sur-Rebuttal Report described in Paragraph 2 on or before July 14, 2023.

3. The depositions of Plaintiff's expert (Dr. Davidson), Cook's expert (Dr. Butty) and (if necessary) any expert that Cook may retain to submit the Sur-Rebuttal Report described in Paragraph 2 shall be conducted on or before September 18, 2023.

2

4. Plaintiff shall have the right to object and move to strike Cook's Sur-Rebuttal Report and expert should it go beyond the scope of the Davidson Rebuttal Report.

5. The close of expert discovery in the above-captioned matter is extended to September 18, 2023 for the limited purpose set forth above of (a) allowing Cook to submit a Sur-Rebuttal Report; (b) allowing the Parties to conduct depositions relating to the Sur-Rebuttal Report; and (c) the filing of an objection by Plaintiff, if any.

6. The deadline for non-dispositive motions relating to expert discovery is extended to September 25, 2023.

7. All other dates and deadlines in this matter remain unchanged.

Dated: July 10, 2023

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge