## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Security Bank & Trust Company, Personal Representative of the Estate of Kurt A. Amplatz,<br><br>Plaintiff,<br><br>vs.<br><br>Cook Group, Inc.; Cook Inc.; Cook Medical Technologies LLC; Cook Medical LLC; and Cook Medical Holdings, LLC,<br><br>Defendants. | Case No.: 21-cv-02572-PJS-JFD<br><br><br><br>**STIPULATION OF MUTUAL DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41, Federal Rules of Civil Procedure, the above-named parties, through their respective undersigned counsel, hereby stipulate and agree that the above-captioned action may be and is hereby dismissed in its entirety, with prejudice, and without costs, disbursements, or attorneys' fees to any party. The parties further stipulate and agree that upon the filing of this fully-executed Stipulation, the Court may proceed forthwith to enter its Order for Judgment of Dismissal with Prejudice without further hearing or notice to any party.

**BASSFORD REMELE**
*A Professional Association*

Dated: May 13, 2025          By /s/ Jeffrey R. Mulder
Lewis A. Remele, Jr. (MN #90724)
Edward F. Fox (MN #003132X)
Jeffrey R. Mulder (MN #389205)
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
lremele@bassford.com
efox@bassford.com
jmulder@bassford.com

and

**LARKIN HOFFMAN DALY & LINDGREN LTD.**

Christopher H. Yetka (MN #0241866)
Sarah Greening (MN #0401238)
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55437-1060
Telephone: (952) 835-3800
Facsimile: (952) 842-1772
cyetka@larkinhoffman.com
sgreening@larkinhoffman.com

***Attorneys for Security State Bank & Trust, Personal Representative of the Estate of Kurt A. Amplatz***

**FAEGRE DRINKER BIDDLE & REATH LLP**

Dated: May 13, 2025 By /s/John P. Mandler
John P. Mandler (#194438)
Nathaniel J. Zylstra (#0314328)
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: 612-766-7000
john.mandler@faegredrinker.com
nathaniel.zylstra@faegredrinker.com

*Attorneys for All Defendants*

4898-3354-3184, v. 1