UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SECURITY BANK & TRUST COMPANY, | Case No. 21-CV-2572 (PJS/JFD) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| COOK GROUP, INC., et al., | |
| Defendants. | |

Based upon the Stipulation for Dismissal filed by the parties on May 13, 2025 [ECF No. 351],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: May 14, 2025

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court